**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **AH Wines, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **36-4647259** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **27 East Vine Street**<br>**Lodi, CA 95240**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **San Joaquin**<br>County | Location of principal assets, if different from principal place of business<br>**25,27,29, 31 East Vine Street Lodi, CA 95240**<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **AH Wines, Inc.** _____  Case number *(if known)* _____
      Name

**7.** **Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __3121__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  **AH Wines, Inc.**
_____   Case number (*if known*) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

| | | | | |
|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | **Jeffery Wayne Hansen and Stacey Lynne Horsley-Hansen** | Relationship | **President of Debtor** |
| | District | **Eastern District of California, Sacramento Division** | | |
| | | When **8/07/23** | Case number, if known | **23-22638** |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor      **AH Wines, Inc.**                                                Case number (*if known*) _____
                Name

---

**16.  Estimated liabilities**

☐ $0 - $50,000                    ■ $1,000,001 - $10 million            ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million           ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million           ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million          ☐ More than $50 billion

---

| Debtor | **AH Wines, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 28, 2023**
          MM / DD / YYYY

**X /s/ Jeff Hansen**                    **Jeff Hansen**
Signature of authorized representative of debtor       Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ Gabriel E. Liberman**        Date   **September 28, 2023**
Signature of attorney for debtor                   MM / DD / YYYY

**Gabriel E. Liberman**
Printed name

**Law Offices of Gabriel Liberman, APC**
Firm name

**1545 River Park Drive., STE 530**
**Sacramento, CA 95815**
Number, Street, City, State & ZIP Code

Contact phone   **916-485-1111**      Email address   **attorney@4851111.com**

**303010 CA**
Bar number and State

# RESOLUTION TO FILE CHAPTER 7 BANKRUPTCY
## *of*
## AH Wines, Inc.

WHEREAS, the **AH Wines, Inc.** (the "Corporation") is insolvent and unable to pay its debts when due, and WHEREAS, the CORPORATION and its creditors would best be served by liquidation of the CORPORATION under Chapter 7 of the Bankruptcy Code, be it:

*RESOLVED, that the CORPORATION file as soon as practicable for liquidation pursuant to Chapter 7 of the Bankruptcy Code.*

The undersigned hereby certifies that they are the designated party per the Corporation's Bylaws duly formed pursuant to the laws of the state of California and that the foregoing is a true record of a resolution duly adopted at an CORPORATION meeting and that said meeting was held in accordance with state law and the Corporation's Bylaws of the above-named CORPORATION on September 14, 2023 and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have subscribed my name to this document on this 14th day of September in the year 2023.


Signature: _____

Print Name: Jeff Hansen

Title: President

**Fill in this information to identify the case:**

Debtor name __**AH Wines, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| **Declaration and signature** |
| --- |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __September 28, 2023__          X **/s/ Jeff Hansen**
                                            Signature of individual signing on behalf of debtor

                                            **Jeff Hansen**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **AH Wines, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
      Copy line 88 from *Schedule A/B*..................................................................................    $    **6,500,000.00**

    **1b. Total personal property:**
      Copy line 91A from *Schedule A/B*...............................................................................    $    **848,204.96**

    **1c. Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................................    $    **7,348,204.96**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................    $    **5,702,021.72**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................................    $    **81,971.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **3,978,828.09**

4. **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b                    $    **9,762,820.81**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **AH Wines, Inc.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| 3.1. | **Customers Bank** | **Business Checking** | 8815 | $114.96 |
|---|---|---|---|---|

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$114.96**

**Part 2:     Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:     Accounts receivable**

10. Does the debtor have any accounts receivable?

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:     Investments**

13. Does the debtor own any investments?

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Debtor      **AH Wines, Inc.**                                     Case number *(If known)* _____
            Name

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No.  Go to Part 8.
- ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No.  Go to Part 9.
- ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Screw Cap machine** | | | |
| **Secured by: Financial Pacific Leasing, Inc.**<br>**(see schedule D)** | **$0.00** | | **$23,000.00** |
| **Equipment, furniture, tools, etc.** | | | |
| **See attached equipment list** | **$0.00** | | **$631,590.00** |

51.   **Total of Part 8.**                                                              | **$654,590.00** |

   Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

Debtor    **AH Wines, Inc.**                                    Case number *(If known)* _____
          Name

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.

    ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Wine property: 25, 27, 29, 31 E. Vine St., Lodi, CA 95240, approx 45,000 sq ft, including 30,000 sq ft warehouses APN: 047-030-020-000** | Fee simple | $0.00 | Comparable sale | $6,500,000.00 |

56.    **Total of Part 9.**                                                              | $6,500,000.00 |

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

    ■ No

    ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.

    ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.

    ■ Yes Fill in the information below.

                                                           Current value of debtor's interest

71.    **Notes receivable**

Debtor    **AH Wines, Inc.**                                    Case number *(If known)* _____
          <sub>Name</sub>

Description (include name of obligor)

| | | | |
|---|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)** | | |
| | Description (for example, federal, state, local) | | |
| | **Employment Retention Credits (ERC) in preliminary** | | |
| | **approval. Estimated processing time 9-12 months.** | | |
| | **ERC estimated at $186,000 minus 15% fee ($27,500).** | | |
| | | | |
| | **Tax Credit Pros, Inc.** | | |
| | **1033 Demonbreun St. #300** | | |
| | **Nashville, TN 37203** | | |
| | **support@taxcreditprosinc.com** | | |
| | **(888)-513-3674** | Tax year _____ | **$158,500.00** |

---

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
       **Unpaid storage fees against R. Lawson Enterprises. No judgment entered or awarded and amount is a good faith estimate.**

       **R. Lawson Enterprise filed cross-complaint and awarded judgment in the unpaid amount of $273,413. See Schedule D.**                                                    **$35,000.00**

| | |
|---|---|
| **Nature of claim** | **Civil Compliant** |
| **Amount requested** | **$35,000.00** |

---

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
       **Lease with option to buy between Debtor and NEXT Beverage Co. who is also currently leasing the property and has inventory, winery equipment and office equipment on the premises. NEXT Beverage Co. has letter of intent to purchase business for $6.5M**                              **$0.00**

---

78.    **Total of Part 11.**                                                    **$193,500.00**
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **AH Wines, Inc.**_____        Case number *(If known)* _____
                Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $114.96 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $654,590.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $6,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $193,500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $848,204.96 | + 91b. $6,500,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $7,348,204.96 |

**AH Wines – Lodi City Winery**
**Equipment List**

| Category – Description | Qty | Manufacturer | Model # | Serial # | Year | Condition | Market/ Liquidation Value |
|---|---|---|---|---|---|---|---|
| **Refrigeration System** | | | | | | | |
| Refrigeration unit (glycol) 100 Tons | 1 | Trane | | | | Good | $ 25,000 |
| Coils - warehouse fans | 3 | | | | | Good | $ 5,000 |
| **Production Infrastructure – Custom Built** | | | | | | | |
| Catwalks, Grape Processing, Installation | | Custom Built - Stainless and Aluminum Alloy | | | 2016 | Excellent | $ 35,000 |
| **Stainless Steel Wine Tanks – New** | | | | | | | |
| 3,305 Gallon Tanks, (jacketed) | 6 | Paso Robles Tank | | | 2016 | Excellent | $ 63,000 |
| 6,475 Gallon Tanks, (jacketed) | 10 | Paso Robles Tank | | | 2016 | Excellent | $ 105,000 |
| 9,734 Gallon Tanks, (jacketed) | 6 | Paso Robles Tank | | | 2016 | Excellent | $ 73,005 |
| 12,955 Gallon Tanks, (jacketed) | 7 | Paso Robles Tank | | | 2016 | Excellent | $ 90,685 |
| **Tanks and Barrels – used** | | | | | | | |
| 2,200 gallon, stainless, insulated | 1 | | | | 2000 | Good | $ 6,000 |
| 500 gallon, stainless, variable top | 1 | | | | 2005 | Good | $ 1,500 |
| 2,000 gallon Poly Storage Tanks | 6 | | | | 2011 | Fair | $ 1,000 |
| 275 gallon Plastic Totes | 15 | | | | 2016 | Fair | $ 900 |
| Barrel Racks | 125 | Western Square | | | 2010 | Good | $ 3,125 |
| **Wine and Grape Processing Equipment** | | | | | | | |
| Wine Pumps | 2 | Francesca | FO8 | 3330R/3440R | 2016 | Good | $ 12,000 |
| Wine Pump | 1 | Leveroni | | | 2005 | Good | $ 2,000 |
| Wine Transfer Pump - High Volume | 1 | | | | 2020 | Good | $ 3,500 |
| Wine Filter | 1 | Diemme | Microflex 24 | | 2015 | Good | $ 45,000 |
| Wine Filter - Lenticular (12") | 1 | | | | 2012 | Good | $ 1,500 |
| High Pressure Washer | 1 | Hotsey | 771/1.109-611.0 | 11096110-162260 | 2018 | Good | $ 2,500 |
| High Heat Sanitation Cart | 1 | Aqua Tools | Hot Cart | | 2017 | Good | $ 3,000 |
| Barrel Steamer/Washer | 1 | Alfa Laval | | | 2018 | Good | $ 300 |
| Tank Cleaner (partially inoperable) | 1 | Alfa Laval | | | 2018 | Fair | $ 500 |
| Stainless Pumpover Cart | 1 | | | | 2010 | Good | $ 1,000 |
| Misc. Surplus Equipment | | | | | | Fair | $ 1,000 |
| **Crush Pad Equipment** | | | | | | | |
| Crusher/Destemmer (25 ton/hour) | 1 | Diemme | Kappa 25 | GR20 C214043 | 2015 | Good | $ 15,000 |
| 8 Ton Crane and track assembly | 1 | | | | 2000 | Fair | $ 2,000 |
| Grape Auger/Conveyer | 1 | | | | 2005 | Fair | $ 1,500 |
| **Bottling Line Equipment** | | | | | | | |
| McBrady - Cleaner/Sparger | 1 | McBrady | Orbit 60 | A48-1706 | | Fair | $ 1,500 |
| Bertoloso - 16 head Filler | 1 | Cobert | | | | Fair | $ 5,000 |
| Bertoloso - 4 head corker | 1 | | Delta 504 Raso SX | 115400096 | 1997 | Good | $ 8,500 |
| Zalkin - 6 head screwcapper | 1 | Zalkin | CA6/320 NG | 23739 | 2001 | Good | $ 35,000 |
| R & G - 6 head Capsule Spinner | 1 | R & G | Sperbloc F 6 | 0SB03104784 | 2010 | Good | $ 7,500 |
| C & G labeler | 1 | C & G | CG/T6/2XPSP | D3531 | 2008 | Good | $ 12,500 |
| Case Sealer (Norton-Hot Glue) | 1 | Klippinstein | 730HM | 11402 | | Good | $ 3,000 |
| Misc. tracking and conveyers | | | | | | Good | $ 5,000 |
| (Partially Rebuilt) Bertoloso - 25 head filler | | | | | | Good | |

Updated: Sept. 21, 2023

**AH Wines – Lodi City Winery**
**Equipment List**

| Description | Qty | Brand | Model | Serial | Year | Condition | $ Value |
|---|---|---|---|---|---|---|---|
| Commercial Steam Boiler - Sanitation Unit | 1 | | | | | Fair | $ 1,000 |
| Mori Luigi - Table Top 4-head bottle filler | 1 | | RI4-M | 19028 | | Good | $ 750 |
| Bottling Line Filers - Code 7, Three Cartridge | 2 | | | | | Good | $ 2,000 |
| Capsule Feeder -20 Tray | 1 | | | | | Fair | $ 1,500 |
| Bertoloso - 25 head Filler | 1 | Bertoloso | | | | Fair | $ 7,500 |
| Laser - Bottle Coder | 1 | Solaris | e-Solemarc | | | Fair | $ 500 |
| Stainless Packing Station | 1 | | | | | Fair | $ 1,500 |
| Stainless - Bottle dumping station | 1 | | | | | Fair | $ 1,500 |
| **Other Packaging Equipment** | | | | | | | |
| Shrink Wrap Machine | 1 | Unisorce | UW-4006-L | U-10297 | | Fair | $ 1,000 |
| Automatic Case Erector | 1 | Elliot | 93-SFIL-G | 9/12/2021 | 2009 | Good | $ 7,000 |
| Automated Palletizer (bought used - needs rebuilding) | 1 | | | | | Fair | $ 3,000 |
| **Compressed Air System** | | | | | | | |
| Commercial Air Compressor | 1 | Hydrovana | HV07/V07ACE-07 | V07-003106-0801 | | Good | $ 3,000 |
| Husky - Heavy Duty Air Compressor | 1 | | | | | Good | $ 500 |
| **Hoses and fittings** | | | | | | | |
| Hundreds of feet of hoses and fittings | | | | | | Good | $ 1,500 |
| Fittings Rack | 1 | | | | | Good | $ 100 |
| **Laboratory Equipment** | | | | | | | |
| Vacum Aspiration pump & Flow meter | 1 | Accuflow | 5000 | | | Good | $ 250 |
| Spectrophotometer | 1 | Specdronic | | | | Good | $ 250 |
| Centrific Benchtop Centerfuge | 1 | Fisher | 225/04-978-50 | 2011N0023 | | Good | $ 250 |
| D.O. Meter | 1 | YSI | S100 | 11H101602 | | Good | $ 375 |
| Alcohol ebuliometer | 1 | Dujardin-Salleron | | 02161E | | Good | $ 250 |
| Misc. Lab Equipment | | | | | | Good | $ 300 |
| **WAREHOUSE, SHIPPING, ETC.** | | | | | | | |
| Hyster Forklifts - operable (2) | | | | | | | $ 5,000 |
| Hyster Forklifts - inoperable (2) | | | | | | | $ 1,000 |
| Forlift Attachment - Pallet Clamp | 2 | Cascade | 35D-CCS-22ART | | | Good | $ 1,500 |
| Forlift Attachment - Pallet Bin Dumper | 1 | | | | | Good | $ 1,500 |
| Tennet Floor Cleaner | 1 | | 5700 | 5700-21248 | 2005 | Fair | $ 750 |
| Electric Forklift Chargers (480 Volt) | 3 | | | | | Fair - Good | $ 750 |
| **Office Equipment** | | | | | | | |
| Executive Desks | 3 | | | | | Good | $ 1,500 |
| Jr. Executive Desks | 6 | | | | | | $ 1,800 |
| Computers - Apple iMac | 4 | | | | 2012 | Outdated | $ 300 |
| Computers - Standard | 2 | | | | 2014 | Outdated | $ 100 |
| Computer - Standard | 1 | | | | 2019 | Good | $ 400 |
| Computer Screens | 3 | | | | | Fair | $ 200 |
| Desktop Printer | 2 | | | | | Fair | $ 150 |
| Printer Copier | 1 | Kyocera | | | 2010 | Outdated | $ 300 |
| Office Desk Chairs | 5 | | | | | Fair | $ 300 |
| Conference Room Chairs | 8 | | | | | Fair | $ 300 |
| Office Sitting Chairs | 4 | | | | | Fair | $ 250 |
| Filing Cabinets | 8 | | | | | Fair - Good | $ 1,500 |

**AH Wines – Lodi City Winery**
**Equipment List**

**Tools and Equipment**

| | | | | |
|---|---|---|---|---|
| Various Hand Tools | | Good | $ | 500 |
| Various Power Tools | | Fair-Good | $ | 750 |
| Various Repair and Maintence Materials | Electrical, Plumbing, Hardware | Fair-Good | $ | 500 |
| Metal Work Table and Vice | | Good | $ | 200 |
| **TOTAL** | | | **$** | **631,590** |

**Fill in this information to identify the case:**

Debtor name **AH Wines, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.1 Acclaim Credit Technologies**
Creditor's Name

**P.O. Box 3028**
**Visalia, CA 93278**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. San Joaquin County Tax Collector**
**2. Customers Bank**
**3. Rich Gerlach**
**4. Acclaim Credit Technologies**
**5. American Express**
**6. COVE Global Asset Management LLC**
**7. Duff Bevill, as Trustee of the Bevill**
**8. Ernest Packaging**
**9. Fed-Ex**
**10. GBC International Bank**
**11. MALA Closure Systems Inc**
**12. OnDeck Capital**
**13. R. Lawson Enterpr**

**Describe debtor's property that is subject to a lien**
**Wine property: 25, 27, 29, 31 E. Vine St., Lodi, CA 95240, approx 45,000 sq ft, including 30,000 sq ft warehouses**
**APN: 047-030-020-000**

**Describe the lien**
**Judgment Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

               **$4,265.00**           **$6,500,000.00**

Debtor __AH Wines, Inc._____     Case number (if known) _____
      Name

| 2.2 | **American Express** | | Describe debtor's property that is subject to a lien | $54,270.00 | $6,500,000.00 |

Creditor's Name

Wine property: 25, 27, 29, 31 E. Vine St., Lodi, CA 95240, approx 45,000 sq ft, including 30,000 sq ft warehouses
APN: 047-030-020-000

**P.O. Box 981540**
**El Paso, TX 79998**

Creditor's mailing address

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **COVE Global Asset Management LLC** | | Describe debtor's property that is subject to a lien | $523,598.00 | $6,500,000.00 |

Creditor's Name

Wine property: 25, 27, 29, 31 E. Vine St., Lodi, CA 95240, approx 45,000 sq ft, including 30,000 sq ft warehouses
APN: 047-030-020-000

**819 Van Nuys Street**
**San Diego, CA 92109**

Creditor's mailing address

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**03/26/2019**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Customers Bank** | | Describe debtor's property that is subject to a lien | $3,632,175.00 | $6,500,000.00 |

Creditor's Name
**ATTN: An officer**
**40 General Warren Blvd,**
**Ste 200**
**Malvern, PA 19355**

Wine property: 25, 27, 29, 31 E. Vine St., Lodi, CA 95240, approx 45,000 sq ft, including 30,000 sq ft warehouses
APN: 047-030-020-000

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

Debtor  **AH Wines, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.1** | |

---

| 2.5 | **Duff Bevill, as Trustee of the Bevill** | **Describe debtor's property that is subject to a lien** | $137,052.72 | $6,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**Family Trust, dba Blue Dog Wines**

**Wine property: 25, 27, 29, 31 E. Vine St., Lodi, CA 95240, approx 45,000 sq ft, including 30,000 sq ft warehouses**
**APN: 047-030-020-000**

Creditor's mailing address

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/24/2021**
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.1** | |

---

| 2.6 | **Ernest Packaging** | **Describe debtor's property that is subject to a lien** | $45,242.00 | $6,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**8670 Fruitridge Rd**
**Sacramento, CA 95826**

**Wine property: 25, 27, 29, 31 E. Vine St., Lodi, CA 95240, approx 45,000 sq ft, including 30,000 sq ft warehouses**
**APN: 047-030-020-000**

Creditor's mailing address

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.1** | |

---

Debtor    **AH Wines, Inc.**                                  Case number (if known) _____
_____
Name

| 2.7 | **Fed-Ex** | **Describe debtor's property that is subject to a lien** | **$62,406.00** | **$6,500,000.00** |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Wine property: 25, 27, 29, 31 E. Vine St., Lodi, CA 95240, approx 45,000 sq ft, including 30,000 sq ft warehouses**
**APN: 047-030-020-000**

**1000 Fed Ex Drive**
**Coraopolis, PA 15108**

Creditor's mailing address

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Financial Pacific Leasing, Inc.** | **Describe debtor's property that is subject to a lien** | **$16,500.00** | **$23,000.00** |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Screw Cap machine**

**Secured by: Financial Pacific Leasing, Inc. (see schedule D)**

**3455 S. 344th Way, #300**
**Auburn, WA 98001-9546**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**03/08/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **GBC International Bank** | **Describe debtor's property that is subject to a lien** | **$155,000.00** | **$6,500,000.00** |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Wine property: 25, 27, 29, 31 E. Vine St., Lodi, CA 95240, approx 45,000 sq ft, including 30,000 sq ft warehouses**
**APN: 047-030-020-000**

**Attn: An officer**
**333 S Grand Ave, Ste 3500**
**Los Angeles, CA 90071**

Creditor's mailing address

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 9

Debtor   **AH Wines, Inc.**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **MALA Closure Systems Inc** | **Describe debtor's property that is subject to a lien** | $15,420.00 | $6,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**Wine property: 25, 27, 29, 31 E. Vine St., Lodi, CA 95240, approx 45,000 sq ft, including 30,000 sq ft warehouses
APN: 047-030-020-000**

**1304 Scott St
Petaluma, CA 94954**
Creditor's mailing address

**Describe the lien**
**Judgment Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **OnDeck Capital** | **Describe debtor's property that is subject to a lien** | $9,737.00 | $6,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**Wine property: 25, 27, 29, 31 E. Vine St., Lodi, CA 95240, approx 45,000 sq ft, including 30,000 sq ft warehouses
APN: 047-030-020-000**

**1400 Broadway
New York, NY 10018**
Creditor's mailing address

**Describe the lien**
**Judgment Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **AH Wines, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.1 2**

**R. Lawson Enterprises**
Creditor's Name

**Attn: Allison Cherry Laffert**
**7540 Shoreline Dr.**
**Stockton, CA 95219**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**    **$273,413.00**    **$6,500,000.00**
**Wine property: 25, 27, 29, 31 E. Vine St., Lodi, CA 95240, approx 45,000 sq ft, including 30,000 sq ft warehouses**
**APN: 047-030-020-000**

**Describe the lien**
**Judgment Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.1 3**

**Rich Gerlach**
Creditor's Name

**264 Kent Place**
**San Ramon, CA 94583**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/19/2018**
**Last 4 digits of account number**
**0305**
**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**    **$305,000.00**    **$6,500,000.00**
**Wine property: 25, 27, 29, 31 E. Vine St., Lodi, CA 95240, approx 45,000 sq ft, including 30,000 sq ft warehouses**
**APN: 047-030-020-000**

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 4**

**San Joaquin County Tax Collector**
Creditor's Name

**44 N. San Joaquin Street., First Floor**
**Suite 150**
**Stockton, CA 95201-2169**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**    **$220,324.00**    **$6,500,000.00**
**Wine property: 25, 27, 29, 31 E. Vine St., Lodi, CA 95240, approx 45,000 sq ft, including 30,000 sq ft warehouses**
**APN: 047-030-020-000**

**Describe the lien**
**Real Property Taxes**
**Is the creditor an insider or related party?**
■ No

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 6 of 9

Debtor    **AH Wines, Inc.**

Name

Case number (if known) _____

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 5 | **Saxco** | | $195,000.00 | $6,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Hettena Law Firm
31348 Via Colinas, Ste 106
Thousand Oaks, CA 91362**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Wine property: 25, 27, 29, 31 E. Vine St., Lodi, CA 95240, approx 45,000 sq ft, including 30,000 sq ft warehouses
APN: 047-030-020-000**

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 6 | **SOVOS Compliance** | | $26,613.00 | $6,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**200 Ballardvale Street
Wilmington, NC 28401**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Wine property: 25, 27, 29, 31 E. Vine St., Lodi, CA 95240, approx 45,000 sq ft, including 30,000 sq ft warehouses
APN: 047-030-020-000**

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor      **AH Wines, Inc.**                                              Case number (if known) _____
                Name

☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 7 | **State of California Industrial Relations** | | |
|---|---|---|---|

Creditor's Name

**3737 Main St. Suite 850
Riverside, CA 92501**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
5430**

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**Wine property: 25, 27, 29, 31 E. Vine St., Lodi,
CA 95240, approx 45,000 sq ft, including
30,000 sq ft warehouses
APN: 047-030-020-000**

**Describe the lien**
**Judgment Lien - Labor claim**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**$16,235.00**                     **$6,500,000.00**

---

| 2.1 8 | **Waste Management** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 79168
Phoenix, AZ 85062-9168**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**Wine property: 25, 27, 29, 31 E. Vine St., Lodi,
CA 95240, approx 45,000 sq ft, including
30,000 sq ft warehouses
APN: 047-030-020-000**

**Describe the lien**
**Judgment Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,771.00**                     **$6,500,000.00**

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      **$5,702,021.7 2**

---

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

Debtor  **AH Wines, Inc.**
      Name

Case number (*if known*) _____

assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Cbe Group**<br>**1309 Technology Pkwy**<br>**Cedar Falls, IA 50613** | Line  **2.9** | |
| **Dennis Pons, Jaffe and Asher**<br>**600 Third Ave**<br>**New York, NY 10016** | Line  **2.2** | |
| **FIDELITY NATIONAL DEFAULT SERVICES**<br>**1101 INVESTMENT BLVD SUITE 170**<br>**El Dorado Hills, CA 95762** | Line  **2.4** | |
| **GABA LAW**<br>**25 Mauchly**<br>**Suite 300**<br>**Irvine, CA 92618** | Line  **2.16** | |
| **Glassberg Pollak & Associates**<br>**425 California St, Ste 850**<br>**San Francisco, CA 94104** | Line  **2.6** | |
| **Gurstel Law Firm**<br>**3914 Murphy Canyon Rd, Suite A125**<br>**San Diego, CA 92123** | Line  **2.18** | |
| **Hatkoff & Minassin**<br>**18757 Burbank Blvd., Suite 100**<br>**Tarzana, CA 91356** | Line  **2.7** | |
| **United States Attorney**<br>**For U.S. Small Business Administration**<br>**501 I Street, Suite 10-100**<br>**Sacramento, CA 95814** | Line  **2.9** | |

| Fill in this information to identify the case: |
|---|

Debtor name  **AH Wines, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | | |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Board of Equalization
Account Information Group MIC 29
PO Box 942879
Sacramento, CA 94279**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Employment Development
Department
Bankruptcy Group, MIC 92E
P.O. Box 826880
Sacramento, CA 94280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor    **AH Wines, Inc.**          Case number (if known) _____
          Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Section**
**P.O. Box 2952 MSA - 340**
**Sacramento, CA 95812**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$76,836.00** | **$76,836.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Payroll tax**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,135.00** | **$5,135.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Corporate taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
|---|---|---|---|

**Airgas**
**3737 Worsham Ave**
**Long Beach, CA 90808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor debt**

Last 4 digits of account number  **9755**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$225,464.05** |
|---|---|---|---|

**Basile Law Firm**
**390 N Broadway, Suite 140**
**Jericho, NY 11753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal fees**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **AH Wines, Inc.** | Case number (if known) | |
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$62,808.00** |

**Bear Creek**
**11900 N. Furry Rd.**
**Lodi, CA 95240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$124,000.00** |

**BevPakCo dba Parc Wines**
**PO Box 12202**
**Jackson, WY 83002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor debt - Labels, Printed Cartons, Glass Wine Bottle**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,187.50** |

**BMO Bank**
**Special Assets Division**
**1625 W. Fountainhead Parkway, 10th Floor**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number **2001**

Basis for the claim: **Deficiency balance on surrendered forklifts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$167,240.00** |

**City of Lodi**
**310 W Elm Street**
**Lodi, CA 95240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,947.00** |

**Doe Mill Vineyards**
**PO Box 8597**
**Chico, CA 95927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor debt - 2018 Bulk Wine**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,000.00** |

**Etsec Astronomy**
**PO Box 2652**
**Menlo Park, CA 94026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor debt - Russian River Pinot Noir - 55 tons**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,649.00** |

**GGR**
**PO Box 571811**
**Houston, TX 77257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unsecured debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **AH Wines, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

**Home Depot/CBNA**
**PO Box 6497**
**Sioux Falls, SD 57117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Credit card

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$144,331.00**

**Jeff Hansen**
**15792 N. Tecklenburg Road**
**Lodi, CA 95240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Insider Debt: Unpaid wages and unreimbursed business expenses

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00**

**Jeff Hansen**
**15792 N. Tecklenburg Road**
**Lodi, CA 95240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Insider Debt: Capital Contribution loans

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105,000.00**

**Jeff Hansen**
**15792 N. Tecklenburg Road**
**Lodi, CA 95240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Insider Debt: Capital Contribution loans for 2020-2021 harvest

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,385.00**

**Kost Family Vineyard**
**26422 Kennefick Rd.**
**Galt, CA 95632**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor debt - 2018 Harvest

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,148.00**

**Liquor Control Board of Ontario ,Canada**
**9th Floor, 100 Queens Quay East**
**Toronto, Canada M5E0C7**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Storage charges and penalties

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,082,210.00**

**Mike Ross**
**15902 Chateau Avenue**
**Austin, TX 78734**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Loans

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **AH Wines, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$78,500.00**

**Parc Wines**
**PO Box 12202**
**Jackson, WY 83002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Vendor debt - Bulk Wine - Napa Cabernet and Red bland**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,500.00**

**PNC Bank, N.A.**
**222 Delaware Avenue**
**Wilmington, DE 19899**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  0065**

Basis for the claim:  **Unsecured debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,729.00**

**Rauch-Milliken International**
**PO Box 8390**
**Metairie, LA 70011-8390**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Unpaid Balance for First Insurance Funding Corp**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,370.00**

**S.N.G. Wine Works**
**2271 W. Malvern Ave., #241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Bulk Wine-Grapes**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,000.00**

**Sarrail, Castillo and Hall**
**177 Boret Riad, Suite 600**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Legal Fees**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,475.00**

**SH Merwin**
**38065 Z Line Road**
**Clarksburg, CA 95612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Vendor debt - 2018 Harves**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$751.00**

**Societe des Alcools du Quebec, Canada**
**7500, rue Tellier,**
**Montreal, QC H1N3W5**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Vendor debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **AH Wines, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.24** | Nonpriority creditor's name and mailing address
**Sonitrol**
250 Cherry Lane Suite 103
Manteca, CA 95337

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.25** | Nonpriority creditor's name and mailing address
**State Fund**
PO Box 51092
Los Angeles, CA 90051

Date(s) debt was incurred _
Last 4 digits of account number **4020**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Audit Premiums**

Is the claim subject to offset? ■ No ☐ Yes

**$7,395.00**

---

**3.26** | Nonpriority creditor's name and mailing address
**Transworld System Inc.**
4099 McEwen Road
Dallas, TX 75244

Date(s) debt was incurred _
Last 4 digits of account number **7597**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Collection for Texas Comptroller of Public Accounts**

Is the claim subject to offset? ■ No ☐ Yes

**$197.35**

---

**3.27** | Nonpriority creditor's name and mailing address
**US Small Business Administration**
PO Box 740192
Atlanta, GA 30374-0192

Date(s) debt was incurred _
Last 4 digits of account number **7804**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **EIDL Loan**

Is the claim subject to offset? ☐ No ■ Yes

**$160,000.00**

---

**3.28** | Nonpriority creditor's name and mailing address
**US Small Business Administration**
PO Box 740192
Atlanta, GA 30374-0192

Date(s) debt was incurred _
Last 4 digits of account number **8704**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **PPP Loan**

Is the claim subject to offset? ☐ No ■ Yes

**$126,895.00**

---

**3.29** | Nonpriority creditor's name and mailing address
**Vertitiz FDBA All American**
1000 Abernathy Rd. NE Bldg. 400, Ste. 17
Atlanta, GA 30328

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor debt  - Glass Wine Bottles**

Is the claim subject to offset? ■ No ☐ Yes

**$55,009.90**

---

**3.30** | Nonpriority creditor's name and mailing address
**WarRoom**
3031 W. March Lane, Suite 230
Stockton, CA 95219

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$108,000.00**

---

| Debtor | AH Wines, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,836.29 |

**WEX**
**Attn: Caine & Weine**
**338 Harris Hill Rd, STE 206**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor debt - Fuel**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Department of the Treasury**<br>**Financial Management Service**<br>**PO Box  1686**<br>**Birmingham, AL 35201-1686** | Line  **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **United States Attorney**<br>**For U.S. Small Business Administration**<br>**501 I Street, Suite 10-100**<br>**Sacramento, CA 95814** | Line  **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **United States Attorney**<br>**For U.S. Small Business Administration**<br>**501 I Street, Suite 10-100**<br>**Sacramento, CA 95814** | Line  **3.28**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ 81,971.00 |
| 5b. Total claims from Part 2 | | 5b. + | $ 3,978,828.09 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | | 5c. | $ 4,060,799.09 |

**Fill in this information to identify the case:**

Debtor name    **AH Wines, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Lease option to buy Leases the property and has inventory, winery equipment and office equipment on the premises.** |
| State the term remaining | |
| List the contract number of any government contract | **NEXT Beverage Co.**<br>**27 East Vine Street**<br>**Lodi, CA 95240** |

**Fill in this information to identify the case:**

Debtor name    **AH Wines, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Jeff Hansen** | **15792 N. Tecklenburg Road Lodi, CA 95240** | **WarRoom** | ☐ D _____<br>■ E/F __3.30__<br>☐ G _____ |
| 2.2 | **Jeff Hansen** | **15792 N. Tecklenburg Road Lodi, CA 95240** | **Customers Bank** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Rich Gerlach** | **264 Kent Place San Ramon, CA 94583** | **Customers Bank** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **AH Wines, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
   |---|---|---|
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$1,020,994.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | **Lease and Operations Support** | **$184,115.00** |
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | **Lease and Operations Support** | **$385,000.00** |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | **Lease and Operations Support** | **$516,956.00** |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>Check all that apply |
   |---|---|---|---|

Debtor    **AH Wines, Inc.**                                          Case number *(if known)*

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Bank of the West**<br>**180 Montgomery Street**<br>**San Francisco, CA 94104** | **Surrender of two Crown Electric Forklifts**<br><br>**\*BMO Bank acquired Bank of the West and deficiency claim provided in Schedule F under BMO Bank** | **06/22/2023** | **$20,000.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<span style="background:black;color:white">Part 3:</span>   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<span style="background:black;color:white">Part 4:</span>   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<span style="background:black;color:white">Part 5:</span>   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor  **AH Wines, Inc.**          Case number *(if known)*

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Gabriel Liberman, APC**<br>**1545 River Park Drive., STE 530**<br>**Sacramento, CA 95815** | | **09/15/2023** | **$7,500.00** |
| | **Email or website address**<br>**attorney@4851111.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | | Dates of occupancy<br>From-To |
|---|---|---|

Debtor  **AH Wines, Inc.**          Case number *(if known)* _____

---

**Part 8:**  **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:**  **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **JP Morgan Chase Bank 10750 Hammerly Blvd #200 Houston, TX 77043** | **XXXX-1188** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **Closed, 04/2023** | **$2.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | AH Wines, Inc. | Case number *(if known)* | |
|---|---|---|---|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| NEXT Bevarage Co.<br>27 East Vine Street<br>Lodi, CA 95240 | 27 East Vine Street<br>Lodi, CA 95240 | NEXT Beverage Co. Leases the property and has inventory, winery equipment and office equipment on the premises | Unknown |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Debtor   **AH Wines, Inc.** _____   Case number (*if known*) _____

■ **None**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Rich Gerlach**<br>**264 Kent Place**<br>**San Ramon, CA 94583** | **2018-2022** |
| 26a.2.  **James Murphy, CPA**<br>**6700 Freeport Blvd # 110**<br>**Sacramento, CA 95822** | **2015-2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Chris McKinnon**<br>**27 East Vine Street**<br>**Lodi, CA 95240** | **2018-2022 (Internal accoutant)** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.  **Jeff Hansen**<br>**15792 N. Tecklenburg Road**<br>**Lodi, CA 95240** | |
| 26c.2.  **James Murphy, CPA**<br>**6700 Freeport Blvd # 110**<br>**Sacramento, CA 95822** | |
| 26c.3.  **Rich Gerlach**<br>**264 Kent Place**<br>**San Ramon, CA 94583** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Customers Bank**<br>**ATTN: An officer**<br>**40 General Warren Blvd, Ste 200**<br>**Malvern, PA 19355** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

| Debtor | **AH Wines, Inc.** | Case number *(if known)* | |
|---|---|---|---|

- ☑ No
- ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeff Hansen | 15792 N. Tecklenburg Road Lodi, CA 95240 | President, Secretary, Treasurer | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☑ No
- ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☑ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **AH Wines, Inc.**                                          Case number *(if known)*  _____

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 28, 2023**

**/s/ Jeff Hansen**                                      **Jeff Hansen**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of California

In re   **AH Wines, Inc.** _____     Case No. _____
                                    Debtor(s)              Chapter   **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **7,500.00** |
| Prior to the filing of this statement I have received | $ **7,500.00** |
| Balance Due | $ **0.00** |

2.  $ **338.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Other general bankruptcy counseling.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **An attorney who is retained to represent a debtor in a bankruptcy case constitutes an appearance for all purposes in the case, including, without limitation, motions for relief from the automatic stay, motions to avoid liens, objections to claims, and reaffirmation agreements.  However, an appearance in the bankruptcy case for a party does not require the attorney to appear for that party in an adversary proceeding**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 28, 2023** _____     **/s/ Gabriel E. Liberman** _____
*Date*                                               **Gabriel E. Liberman**
                                                     *Signature of Attorney*
                                                     **Law Offices of Gabriel Liberman, APC**
                                                     **1545 River Park Drive., STE 530**
                                                     **Sacramento, CA 95815**
                                                     **916-485-1111  Fax: 916-485-1111**
                                                     **attorney@4851111.com**
                                                     *Name of law firm*

.

U.S.D.O.J. - Office of the U.S. Trustee
Eastern District of CA / Sacramento
Robert T. Matsui U.S. Courthouse
501 "I" St., 7th Floor, Room 7-500
Sacramento, CA 95814


AH Wines, Inc.
27 East Vine Street
Lodi, CA 95240


Acclaim Credit Technologies
P.O. Box 3028
Visalia, CA 93278


Airgas
3737 Worsham Ave
Long Beach, CA 90808


American Express
P.O. Box 981540
El Paso, TX 79998


Basile Law Firm
390 N Broadway, Suite 140
Jericho, NY 11753


Bear Creek
11900 N. Furry Rd.
Lodi, CA 95240


BevPakCo dba Parc Wines
PO Box 12202
Jackson, WY 83002


BMO Bank
Special Assets Division
1625 W. Fountainhead Parkway, 10th Floor
Tempe, AZ 85282


Board of Equalization
Account Information Group MIC 29
PO Box 942879
Sacramento, CA 94279

Cbe Group
1309 Technology Pkwy
Cedar Falls, IA 50613


City of Lodi
310 W Elm Street
Lodi, CA 95240


COVE Global Asset Management LLC
819 Van Nuys Street
San Diego, CA 92109


Customers Bank
ATTN: An officer
40 General Warren Blvd, Ste 200
Malvern, PA 19355


Dennis Pons, Jaffe and Asher
600 Third Ave
New York, NY 10016


Department of the Treasury
Financial Management Service
PO Box 1686
Birmingham, AL 35201-1686


Doe Mill Vineyards
PO Box 8597
Chico, CA 95927


Duff Bevill, as Trustee of the Bevill
Family Trust, dba Blue Dog Wines


Employment Development Department
Bankruptcy Group, MIC 92E
P.O. Box 826880
Sacramento, CA 94280


Ernest Packaging
8670 Fruitridge Rd
Sacramento, CA 95826


Etsec Astronomy
PO Box 2652
Menlo Park, CA 94026

Fed-Ex
1000 Fed Ex Drive
Coraopolis, PA 15108


FIDELITY NATIONAL DEFAULT SERVICES
1101 INVESTMENT BLVD SUITE 170
El Dorado Hills, CA 95762


Financial Pacific Leasing, Inc.
3455 S. 344th Way, #300
Auburn, WA 98001-9546


Franchise Tax Board
Bankruptcy Section
P.O. Box 2952 MSA - 340
Sacramento, CA 95812


GABA LAW
25 Mauchly
 Suite 300
Irvine, CA 92618


GBC International Bank
Attn: An officer
333 S Grand Ave, Ste 3500
Los Angeles, CA 90071


GGR
PO Box 571811
Houston, TX 77257


Glassberg Pollak & Associates
425 California St, Ste 850
San Francisco, CA 94104


Gurstel Law Firm
3914 Murphy Canyon Rd, Suite A125
San Diego, CA 92123


Hatkoff & Minassin
18757 Burbank Blvd., Suite 100
Tarzana, CA 91356

Home Depot/CBNA
PO Box 6497
Sioux Falls, SD 57117

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeff Hansen
15792 N. Tecklenburg Road
Lodi, CA 95240

Kost Family Vineyard
26422 Kennefick Rd.
Galt, CA 95632

Liquor Control Board of Ontario ,Canada
9th Floor, 100 Queens Quay East
Toronto, Canada M5E0C7

MALA Closure Systems Inc
1304 Scott St
Petaluma, CA 94954

Mike Ross
15902 Chateau Avenue
Austin, TX 78734

NEXT Beverage Co.
27 East Vine Street
Lodi, CA 95240

OnDeck Capital
1400 Broadway
New York, NY 10018

Parc Wines
PO Box 12202
Jackson, WY 83002

PNC Bank, N.A.
222 Delaware Avenue
Wilmington, DE 19899

R. Lawson Enterprises
Attn: Allison Cherry Laffert
7540 Shoreline Dr.
Stockton, CA 95219


Rauch-Milliken International
PO Box 8390
Metairie, LA 70011-8390


Rich Gerlach
264 Kent Place
San Ramon, CA 94583


S.N.G. Wine Works
2271 W. Malvern Ave., #241


San Joaquin County Tax Collector
44 N. San Joaquin Street., First Floor
Suite 150
Stockton, CA 95201-2169


Sarrail, Castillo and Hall
177 Boret Riad, Suite 600
San Mateo, CA 94402


Saxco
Attn: Hettena Law Firm
31348 Via Colinas, Ste 106
Thousand Oaks, CA 91362


SH Merwin
38065 Z Line Road
Clarksburg, CA 95612


Societe des Alcools du Quebec, Canada
7500, rue Tellier,
Montreal, QC H1N3W5
Canada


Sonitrol
250 Cherry Lane Suite 103
Manteca, CA 95337

SOVOS Compliance
200 Ballardvale Street
Wilmington, NC 28401


State Fund
PO Box 51092
Los Angeles, CA 90051


State of California Industrial Relations
3737 Main St. Suite 850
Riverside, CA 92501


Transworld System Inc.
4099 McEwen Road
Dallas, TX 75244


United States Attorney
For U.S. Small Business Administration
501 I Street, Suite 10-100
Sacramento, CA 95814


US Small Business Administration
PO Box 740192
Atlanta, GA 30374-0192


Vertitiz FDBA All American
1000 Abernathy Rd. NE Bldg. 400, Ste. 17
Atlanta, GA 30328


WarRoom
3031 W. March Lane, Suite 230
Stockton, CA 95219


Waste Management
P.O. Box 79168
Phoenix, AZ 85062-9168


WEX
Attn: Caine & Weine
338 Harris Hill Rd, STE 206
Buffalo, NY 14221

# United States Bankruptcy Court
## Eastern District of California

In re   **AH Wines, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **AH Wines, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Jeff Hansen**
**15792 N. Tecklenburg Road**
**Lodi, CA 95240**

☐ None [*Check if applicable*]

**September 28, 2023**

Date

**/s/ Gabriel E. Liberman**

**Gabriel E. Liberman**

Signature of Attorney or Litigant
Counsel for   **AH Wines, Inc.**
**Law Offices of Gabriel Liberman, APC**
**1545 River Park Drive., STE 530**
**Sacramento, CA 95815**
**916-485-1111 Fax:916-485-1111**
**attorney@4851111.com**